```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

Andre R. Levesque

    v.                                    Civil No. 10-cv-41-JD

New Hampshire State Prison,
Secure Psychiatric Unit, et al.

## O R D E R

Although no objections were filed in this case, in case # 09-cv-437, Levesque and other parties filed a number of objections and replies. The court has reviewed and considered these documents to the extent they may apply to this case, and herewith approves the Report and Recommendation of Magistrate Judge Muirhead dated May 12, 2010.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

July 13, 2010

cc: Andre R. Levesque, 7455, pro se